IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAAN SHEKIEM WHITE | : | CIVIL ACTION |
| v. | : | |
| JON WETZEL, et al. | : | NO. 15-4405 |

## ORDER

**AND NOW**, this 23rd day of February, 2017, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and all documents filed in connection therewith, and after review of United States Magistrate Judge Marilyn Heffley's Report and Recommendation (Docket No. 10), and consideration of Petitioner's Objections thereto (Docket No. 12), **IT IS HEREBY ORDERED** that:

1. Petitioner's Objections are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Heffley is **APPROVED** and **ADOPTED**.

3. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

4. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).

5. The Clerk is directed to **CLOSE** Civil Action No. 15-4405.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.